IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL |
| V. | : |
| AARON JONES, et al | : NO: 91-cr-570-ALL |

## ORDER

AND NOW, this 1st day of **MAY, 2008**, it is hereby

**ORDERED** that the above-captioned case is reassigned at random pursuant to Local Rule 3(a) of the Local Rules of Criminal Procedure from the calendar of the Honorable Marvin Katz to the calendar of the Honorable Eduardo C. Robreno.

FOR THE COURT:

*Harvey Bartle*
HARVEY BARTLE III
Chief Judge