| CRIMINAL DOCKET U.S. District Court | | | | | | LAST, FIRST MIDDLE | | Case Filed | | | Docket No. | De |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0313 | 2 | 1351HH | ☐ WRIT | JONES, AARON | | Mo | Day | Yr | | |
| PO | ☐ | | | | ☐ JUVENILE | a/k/a "A", "J" | | 10 | 02 | 91 | 00570 | 0 |
| Misd. | ☐ | | | Disp. Sentence 1343MK | ☐ ALIAS | | | No. of | | | | |
| Felony | ☒ | District | Off. | Judge/Magistr. | OFFENSE ON INDEX CARD | | JS-3 9/92 | 26 | Def's | U.S. MAG CASE NO | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21:846 | Conspiracy to possess with intent to distribute and distribution of Cocaine, a schedule II narcotic controlled substance. Ct. 1 | 1 | |
| 21:848 | Continuing criminal enterprise. Ct. 3 | 1 | |
| 21:841(a)(1) | Possession with intent to distribute and distribution of Cocaine. Cts. 8,9,10,11 | 4 | |
| 21:853 | Criminal Forfeiture. Ct. 24 | 1 | |
| 18:2 | Aiding and Abetting. Cts. 8,9,10,11 | 4 | |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE ▶ 10/3/91 APPLICABLE: ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ information ☐ Felony W/waiver

KEY DATE — a) ☐ 1st appears on pending charge / R40  b) ☐ Receive file R20/21  c) ☐ Supsdg ☐ Ind1 ☐ Inf  d) ☐ Order New trial  e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE: ☐ Dismissal ☐ Pled guilty ☐ Nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP

## III. MAGISTRATE

Search Warrant: Issued / Return — DATE — INITIAL/NO.
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest | OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled ▶ / Date Held ▶
☐ WAIVED  ☐ NOT WAIVED  Tape Number
☐ INTERVENING INDICTMENT

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ ☐ ☐ ☐
     20 21 40 In

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst
~~ALLISON D. BURROUGHS,~~ AUSA          Robert Courtney, Esq.

Defense: 1 ☐ CJA  2 ☐ Ret  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

Gerald A. Stein, Esq.
600 One East Penn Square
Phila. Pa.  19107

Aaron Jones (240)
P.P.
SCI Greene
1040 E. Roy Furman Hwy.
Waynesburg, PA  15370

BAIL • RELEASE
PRE-INDICTMENT
Release Date
Bail ☐ Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fugitive  ☐ Pers. Rec  ☐ PSA  Conditions ☐ 10% Dep. ☐ Surety B. ☐ Collateral ☐ 3rd Prty ☐ Other

POST-INDICTMENT
Release Date
Bail ☐ Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fugitive ☐ Pers. Rec ☐ PSA Conditions ☐ 10% Dep. ☐ Surety Bn ☐ Collateral ☐ 3rd Prty ☐ Other

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

☐ Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE / DOCUMENT NO. | Yr | Docket No. | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT  PAGE ___ of ___ | VI EXCLUDABLE DELAY Start Date/End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|
| | 91 | 00570 | 01 | | | | |

| # | Date 1991 | Doc# | V. PROCEEDINGS | | | |
|---|---|---|---|---|---|---|
| 1 | Oct. | 2 | TRUE BILL. | | | |
| 2 | " | 2 | ORDER FOR BENCH WARRANT, FILED.    Warrant Exit. No Bail Entered. | EEN | | |
| 3 | " | 2 | MOTION AND ORDER THAT THE DOCKET PAPERS ARE IMPOUNDED FOR A PERIOD NOT TO EXCEED 15 DAYS, ETC., FILED. | EEN | | |
| 4 | " | 2 | MOTION AND ORDER THAT THE WARDEN OF SCI ROCKVIEW AND THE U.S. MARSHAL PRODUCE THE BODY OF DEFT. ON 10/8/91 AT 2:00 P.M. FOR ARRAIGNMENT, FILED.  10/3/91 entered. | JK | | |
| 5 | " | 3 | Letter unimpounding the Indictment, filed. | | | |
| 6 | " | 21 | ORDER THAT THE WARDEN OF SCI, ROCKVIEW AND THE U.S. MARSHAL PRODUCE DEFT. ON 10/25/91 AT 2:00 P.M. IN COURTROOM 5-A FOR ARRAIGNMENT, FILED. | HH | | |
| 7 | " | 25 | Certified Copy of Order dated 10/2/91 Returned: UNEXECUTED", filed. | | | |
| 8 | " | 28 | Bail Status Sheet dated 10/25/91 - Deft. agrees to pretrial detention  PLEA: NOT GUILTY TO ALL COUNTS; Deft. allowed 10 days to file motions, filed. | JRM | | |
| 9 | " | 28 | ORDER DATED 10/25/91 THAT DEFT. BE COMMITTED TO THE CUSTODY OF THE ATTORNEY GENERAL FOR CONFINEMENT IN A CORRECTIONS FACILITY SEPARATE, TO THE EXTENT PRACTICABLE, FROM PERSONS AWAITING OR SERVING SENTENCES OF BEING HELD IN CUSTODY PENDING APPEAL, FILED. 10/28/91 ENTERED AND COPIES MAILED. | | | |
| 10 | " | 28 | Appearance of Gerald A. Stein, Esq. as counsel for Deft., filed. | | | |
| 11 | " | 29 | DEFT'S MOTION FOR AN EXTENSION OF TIME TO FILE PRETRIAL MOTIONS, CERT. OF SERVICE, FILED. | | | |
| 12 | " | 29 | ORDER THAT THE CASE IS REASSIGNED TO THE CALENDAR OF THE HON. MARVIN KATZ, FILED.  10/30/91 entered & copies mailed. | LB | | |
| 13 | Nov. | 1 | Govt's response to deft's motion for an extension of time to file pretrial motions, cert. of service, filed. | | | |
| 14 | " | 1 | ORDER THAT EXCLUDABLE TIME BE COMPUTED FROM THE DATE OF FILING OF DEFT'S MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS, FILED. | | | |
| 15 | " | 5 | ORDER GRANTING DEFT'S MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS. ANY SUCH MOTIONS SHALL BE FILED BY 11/18/91, FILED.  11/6/91 ENTERED AND COPIES MAILED. | MK | | |
| 16 | " | 7 | Warrant Returned: " On 10/25/91 Executed", filed. | | | |
| 17 | " | 15 | ORDER KATZ, J. RE: TRIAL MANAGEMENT PLAN, FILED.  11/18/91 entered & copies mailed. | MK | | |
| 18 | " | 18 | DEFT'S MOTION FOR BILL OF PARTICULARS, MEMORANDUM, CERTIFICATE OF SERVICE, FILED. | | | |
| 19 | " | 18 | DEFT'S MOTION TO COMPEL DISCLOSURE OF EXISTENCE AND SUBSTANCE OF PROMISES OF IMMUNITY, LENIENCY OR PREFERENTIAL TREATMENT, MEMORANDUM, CERTIFICATE OF SERVICE, FILED. | | | |
| 20 | " | 18 | DEFT'S MOTION FOR DISCOVERY OF EXCULPATORY EVIDENCE, MEMORANDUM, CERTIFICATE OF SERVICE, FILED. | | | |
| 21 | " | 18 | DEFT'S MOTION FOR DISCOVERY AND DISCLOSURE OF EVIDENCE FAVORABLE TO DEFT.(BRADY MATERIAL), MEMORANDUM, CERTIFICATE OF SERVICE, FILED. | | | |

( C O N T )

CONTINUED TO PAGE ___

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DEL (a) (b) (c) |
|---|---|---|
| **1991** | | |
| 22 Nov 18 | DEFT'S MOTION TO PROHIBIT PROOF OF ALLEGED UNCHARGED OFFENSES BY DEFT. UNLESS DISCLOSED PRIOR TO TRIAL AND AUTHORITIES IN SUPPORT THEREOF, CERTIFICATE OF SERVICE, FILED. | |
| 23 " 18 | DEFT'S MOTION TO DENY THE ADMISSION OF TAPE RECORDINGS, MEMORANDUM, CERTIFICATE OF SERVICE, FILED. | |
| 24 " 18 | DEFT'S MOTION FOR PRODUCTION OF JENCKS ACT MATERIAL AND RULE 26.2 MATERIAL, MEMORANDUM, CERTIFICATE OF SERVICE, FILED. | |
| 25 " 18 | DEFT'S MOTION TO JOIN IN PRE-TRIAL MOTIONS OF CO-DEFTS., CERTIFICATE OF SERVICE, FILED. | |
| 26 " 18 | DEFT'S MOTION FOR LEAVE TO MAKE FURTHER AND ADDITIONAL PRETRIAL MOTIONS AS MAY BE NECESSITATED BY THE RELIEF GRANTED IN RESPONSE TO THE WITHIN MOTIONS, CERTIFICATE OF SERVICE, FILED. | |
| 27 " 18 | DEFT'S MOTION TO SUPPRESS ALL PHYSICAL EVIDENCE, CERTIFICATE OF SERVICE, FILED. | |
| 28 " 18 | DEFT'S PETITION FOR CONTINUANCE, CERTIFICATE OF SERVICE, FILED. | |
| 29 " 21 | ORDER SUPPLEMENTING COURT'S TRIAL MANAGEMENT ORDER DATED 11/15/91, FILED. 11/21/91 ENTERED AND COPIES MAILED. | MK |
| 30 " 21 | ORDER THAT DEFT'S MOTION FOR A HEARING AS TO THE ADMISSIBILITY OF TAPE RECORDINGS AND TRANSCRIPTS IS DENIED WITHOUT PREJUDICE, FILED. 11/21/91 ENTERED AND COPIES MAILED. | MK |
| 31 " 22 | ORDER THAT ALL MOTIONS FILED PURSUANT TO THE COURT'S TRIAL MANAGEMENT ORDERS SHALL BE HAND DELIVERED BY 12/6/91, ETC., FILED. 11/25/91 entered & copies mailed. | MK |
| 32 " 25 | GOVT'S MOTION TO ADMIT TAPE RECORDINGS, CERT. OF SERVICE, FILED. | |
| 33 " 25 | ORDER THAT A PRE-TRIAL CONFERENCE WILL BE HELD ON 12/11/91 AT 9:30 A.M., FILED. 11/26/91 entered & copies mailed. | MK |
| 34 " 26 | ORDER DATED 11/25/91 THAT DEFTS' MOTIONS REQUESTING THAT TAPE RECORDINGS BE SUPPRESSED ARE DENIED WITHOUT PREJUDICE, ETC., FILED. 11/27/91 ENTERED AND COPIES MAILED. | MK |
| 35 " 27 | GOVT'S TRIAL MANAGMENT, PLAN, CERT. OF SERVICE, FILED. | |
| 36 " 27 | ORDER THAT A PRETRIAL CONFERENCE IN THE ABOVE CASE PRESENTLY SCHEDULED FOR DECEMBER 11, 1991 AT 9:30 A.M. HAS BEEN RESCHEDULED FOR DECEMBER 11, 1991 AT 4:00 P.M. IN COURTROOM 13-B, FILED. 11/29/91 ENTERED & COPIES MAILED. | MK |
| 37 Dec. 2 | Govt's omnibus response to deft's pretrial motion, Cert. of Service, filed. | |
| 38 " 3 | ORDER DATED 12/2/91 THAT DEFT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE IS DENIED, FILED. 12/3/91 entered & copies mailed. | MK |
| 39 " 3 | ORDER DATED 12/2/91 THAT DEFT'S MOTION FOR A BILL OF PARTICULARS IS DENIED, FILED. 12/3/91 entered & copies mailed. | MK |

(OVER)

| DATE 1991 | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 40 | Dec. 3 | ORDER DATED 12/2/91 THAT DEFT'S MOTION TO COMPEL DISCLOSURE OF EXISTENCE AND SUBSTANCE OF PROMISES OF IMMUNITY IS DENIED, FILED. 12/3/91 entered & copies mailed. | MK | | | |
| 41 | " 3 | ORDER DATED 12/2/91 THAT DEFT'S MOTION FOR EXCULPATORY EVIDENCE IS DENIED, FILED. 12/3/91 entered & copies mailed. | MK | | | |
| 42 | " 3 | ORDER DATED 12/2/91 THAT DEFT'S MOTION FOR DISCOVERY AND DISCLOSURE OF EVIDENCE FAVORABLE TO DEFT. IS DENIED, FILED. 12/3/91 entered & copies mailed. | MK | | | |
| 43 | " 3 | ORDER DATED 12/2/91 THAT THE GOVT. SHALL INFORM THE DEFT. OF THE GENERAL NATURE OF ANY EVIDENCE OF OTHER CRIME, WRONGS OR ACTS, NOT LESS THAN 7 DAYS PRIOR TO TRIAL, ETC., FILED. 12/3/91 entered & copies mailed. | MK | | | |
| 44 | " 3 | ORDER DATED 12/2/91 THAT DEFT'S MOTION TO DENY THE ADMISSION OF TAPE RECORDINGS IS DENIED WITH LEAVE TO RENEW, FILED. 12/3/91 entered & copies mailed. | MK | | | |
| 45 | " 3 | ORDER DATED 12/2/91 THAT THE GOVT. SHALL PRODUCE JENCKS MATERIAL AT LEAST 7 DAYS PRIOR TO TRIAL, FILED. 12/3/91 entered & copies mailed. | MK | | | |
| 46 | " 3 | ORDER THAT THE DEFT'S MOTION TO JOIN IN ALL PRETRIAL MOTIONS OF CO-DEFTS IS GRANTED, FILED. 12/3/91 entered & copies mailed. | MK | | | |
| 47 | " 3 | ORDER THAT GOVT'S MOTION TO ADMIT TAPE RECORDINGS WILL BE HEARD IN CONJUNCTION WITH DEFTS' STARKS MOTIONS, ETC., FILED. 12/3/91 entered & copies mailed. | MK | | | |
| 48 | " 3 | ORDER THAT THE EXCLUDABLE TIME BE COMPUTED FROM THE DATE OF FILING OF GOVT'S MOTION TO ADMIT TAPE RECORDINGS, FILED. 12/3/91 entered & copies mailed. | MK | | | |
| 49 | " 3 | ORDER DATED 12/2/91 THAT DEFT'S MOTION FOR CONTINUANCE IS DENIED WITHOUT PREJUDICE, FILED. 12/3/91 ENTERED AND COPIES MAILED. | MK | | | |
| 50 | " 3 | ORDER DATED 12/2/91 THAT DEFT'S MOTION TO FILE ADDITIONAL PRETRIAL MOTIONS IS GRANTED, ETC., FILED. 12/3/91 ENTERED AND COPIES MAILED. | MK | | | |
| 51 | " 12 | ORDER DATED 12/11/91 THAT THIS CASE SHALL BE SPECIALLY LISTED FOR TRIAL ON 3/23/92 AT 9:30 A.M., ETC., FILED. 12/12/91 ENTERED AND COPIES MAILED. | MK | | | |
| 52 | " 12 | ORDER DATED 12/11/91 THAT THIS ACTION CANNOT PROCEED TO TRIAL AND DISPOSITION AND MUST BE CONTINUED IN ACCORDANCE WITH 18:3161(h)(8), FILED. 12/12/91 ENTERED AND COPIES MAILED. | MK | | | |
| 53 | " 12 | ORDER THAT THE GOVT. SHALL FILE ANY NECESSARY CORRECTED RESPONSES COVERING FOURTH AND FIFTH AMENDMENT DISCOVERY MATERIALS WITHIN 10 DAYS, FILED. 12/12/91 ENTERED AND COPIES MAILED. | MK | | | |

CONTINUED...

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   JONES, AARON
a/k/a "A", "J"

AO 256A

91  00570  01
Yr.  Docket No.  Def

| DATE 1991 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 54 Dec. 13 | ORDER THAT THE GOVT. SHALL FURNISH EACH DEFT'S LAWYER WITH A COPY OF THE TAPES OF THOSE RECORDED CONVERSATIONS WHICH THE GOVT. INTENDS TO PLAY AT THE TRIAL, ETC., FILED. 12/16/91 entered & copies mailed. | MK | | | |
| 55 " 13 | ORDER THAT THE GOVT. SHALL ADVISE THE COURT AND COUNSEL WITHIN 10 DAYS OF THE TOTAL RUNNING TIME OF ALL RECORDED CONVERSATIONS WHICH THE GOVT. INTENDS TO PLAY AT TRIAL, FILED. 12/16/91 entered & copies mailed. | MK | | | |
| 56 " 13 | ORDER THAT THE CASE IS SPECIALLY LISTED FOR TRIAL ON 3/23/92 AT 9:30 A.M. IN COURTROOM 13-B, FILED. 12/16/91 entered. | MK-CLK | | | |
| 57 " 16 | ORDER THAT THE GOVT. WILL FILE A BILL OF PARTICULARS WITHIN TWENTY (20) DAYS, FILED. 12/16/91 entered & copies mailed. | MK | | | |
| 58 " 17 | Pretrial Conference of 12/11/91 Re: Case Management Procedures, filed. | MK | | | |
| 59 " 17 | ORDER DATED 12/11/91 THAT THE MOTION FOR EXPEDITED PAYMENTS IS GRANTED, FILED. 12/18/91 entered & copies mailed. | MK | | | |
| 60 " 23 | GOVT'S MOTION FOR RECONSIDERATION OF ORDER DATED 12/13/91 REGARDING PRODUCTION OF TAPES AND RECORDED CONVERSATIONS, CERT. OF SERVICE, FILED. | | | | |
| 61 " 23 | Govt's response to order regarding fourth and fifth amendment discovery materials, cert. of service, filed. | | | | |
| 62 " 24 | Govt's response to order of 12/13/91 regarding total running time of recorded conversations, cert. of service, filed. | | | | |
| 63 " 24 | Govt's Bill of Particulars, Cert. of Service, filed. | | | | |
| 64 " 30 | ORDER MODIFYING ORDER OF 12/13/91 TO PERMIT DEFENSE COUNSEL TO REQUEST SPECIFIC TAPES WHICH SHALL THEN BE COPIED BY THE GOVT., FILED. 12/31/91 ENTERED AND COPIES MAILED. | MK | | | |
| 1992 65 Jan 14 | PETITION FOR WRIT OF HABEAS CORPUS ADTESTIFICANDUM AND ORDER THAT THE WARDEN OF S.C.I. GRATERFORD, AND THE U.S. MARSHAL PRODUCE GEROGE RICKETTS ON 1/21/92 AT 10:00 A.M. AT THE U.S. ATTORNEY'S OFFICE, FILED. 1/15/92 ENTERED. | MK | | | |
| 66 " 17 | PETITION AND ORDER WITH ORDER SEALING AND IMPOUNDING SAME, FILED. 1/21/92 ENTERED. | MK | | | |
| 67 Feb. 5 | Copy of order dated 1/17/92 returned: "Unexeucted", filed. | | | | |
| 68 " 5 | Copy of order dated 1/14/92 returned: "Executed on 1/21/92, filed. | | | | |
| 69 " 6 | Govt's supplemental Bill of Particulars, cert. of service, filed. | | | | |
| 70 " 10 | Govt's status report, cert. of service, filed. | | | | |

(OVER)

| DATE | PROCEEDINGS (continued) -(Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| **1992** | | | | | |
| 71 Feb. 14 | MOTION & ORDER THAT THE WARDEN OF DELAWARE COUNTY PRISON, THORTON, PENNSYLVANIA AND THE U.S. MARSHAL PRODUCE THE BODY OF ALPHONSO CALDWELL (#910529) ON THURSDAY, FEBRUARY 20, 1992 AT 10:00 A.M. AT THE U.S. ATTORNEY'S OFFICE, FILED. 2/14/92 ENTERED. | MK | EMEG. JUDGE | | |
| 72 " 14 | DEFT'S SUPPLEMENTAL DISCOVERY MOTION, FILED. | | | | |
| 73 " 14 | DEFT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE, MEMORANDUM, FILED. | | | | |
| 74 " 14 | Govt's proposed examination of prospective jurors, cert. of service, filed. | | | | |
| 75 " 14 | GOVT'S MOTION REQUESTING THE USE OF AN ANONYMOUS JURY, CERT. OF SERVICE, FILED. | | | | |
| 76 " 14 | Govt's proposed point for charge, cert. of service, filed. | | | | |
| 77 " 14 | GOVT's proposed questionnaire for prospective jurors, cert. of service, filed. | | | | |
| 78 " 18 | ORDER THAT COUNSEL FOR DEFTS SHALL SUBMIT TO THE GOVT. ATTYS. WITHIN TEN DAYS FROM THE DATE HEREOF ANY OBJECTIONS, COMMENTS, OR PROPOSED ADDITIONAL QUESTIONS WITH RESPECT TO THE GOVT'S PROPOSED QUESTIONNAIRE FOR PROSPECTIVE JURORS, ETC: THE GOVT. SHALL PROVIDE DEFENSE COUNSEL AND THE COURT 300 COPIES OF THE FINAL QUESTIONNAIRE WITHIN 30 DAYS FROM THE DATE HEREOF., FILED. 2/18/92 ENTERED & COPIES MAILED. | MK | | | |
| 79 " 18 | ORDER THAT THE GOVT'S ATTORNEYS AND EACH DEFENSE COUNSEL HAVING STARKS OBJECTIONS MEET WITHIN FIFTEEN DAYS FROM THE DATE OF THIS ORDER IN AN EFFORT TO RESOLVE PARTICULAR OBJECTIONS, FILED. 2/18/92 ENTERED & COPIES MAILED. | MK | | | |
| 80 " 20 | ORDER THAT THE ADDITIONAL QUESTIONS CONTAINED IN THE PATTERSON QUESTIONNAIRE SHALL BE ADDED AND THAT THE QUESTIONS IN THE GOVT'S PROPOSED QUESTIONNAIRE ARE APPROVED, SUBJECT TO THE PROCEDURES AS SET FORTH IN THE COURT'S ORDER OF FEB. 18, 1992, FILED. 2/21/92 ENTERED & COPIES MAILED. | MK | | | |
| 81 " 20 | Deft's notice of alibi, filed. | | | | |
| 82 " 20 | DEFT'S MOTION IN LIMINE, VERIFICATION, FILED. | | | | |
| 83 " 25 | Govt's response to deft's motion to suppress physical evidence, cert. of service, filed. | | | | |
| 84 " 25 | ORDER THAT THE EXCLUDABLE TIME IN THE ABOVE-CAPTIONED CASE BE COMPUTED AND ENTERED IN THE RECORD FROM THE DATE OF FILING OF DEFT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE FILED ON 2/14/92 UNTIL SUCH TIME THAT A HEARING ON SAID MOTION IS CONCLUDED OR OTHER PROMPT DISPOSITION IS MADE, FILED. 2/26/92 ENTERED & COPIES MAILED. | MK-CLK | | | |
| 85 " 26 | Govt's omnibus response to deft's additional pretrial motions, cert. of service, filed. | | | | |

CONTINUED . . .

| DATE | PROCEEDINGS (continued) (Document No.) | | | |
|---|---|---|---|---|
| | | (a) | (b) | (c) |

1992

86  Feb. 27  ORDER THAT THE COURT WILL HEAR THE STARKS ISSUE OF VOLUNTARINESS ON THE FIRST DAY OF THE TRIAL., ETC, FILED. 2/28/92 ENTERED & COPIES MAILED.  MK

87  "  28  ORDER THAT ANY RESPONSE TO GOVT'S MOTION REQUESTING THE USE OF AN ANONYMOUS JURY SHALL BE FILED BY MARCH 6, 1992, FILED. 2/28/92 ENTERED & COPIES MAILED.  MK

88  "  28  Govt's response to deft's motion in limine, certificate of service, filed.

89  Mar  2  ORDER THAT DEFT'S MOTION IN LIMINE IS DEFERRED UNTIL TRIAL EXCEPT THAT THE GOVT. SHALL NOT INTRODUCE INTO EVIDENCE THE MEMBERSHIP, AFFILIATION OR ASSIGNMENT OF ANY GOVT. WITNESS OR ATTORNEY TO THE ORGANIZED DRUG GANG TASK FORCE OF THE PHILA. POLICE DEPT., ORGANIZED CRIME AND RACKETEERING DIVISION OF THE U.S. ATTORNEY'S OFFICE; "STRIKE FORCE" OR ANY OTHER SIMILAR REFERENCE TO "ORGANIZED CRIME", "TASK FORCE", OR "SPECIAL" UNIT OF ANY LAW ENFORCEMENT AGENCY WHICH MIGHT UNDULY PREJUDICE DEFT'S RIGHT TO A FAIR TRIAL, FILED. 3/3/92 ENTERED AND COPIES MAILED.  MK

90  "  2  ORDER GRANTING THE GOVT'S MOTION TO EMPANEL THE JURY ANONYMOUSLY; AMENDING COURT'S ORDER OF 2/28/92 TO REQUEST MOTIONS FOR RECONSIDERATION OF THIS ORDER BE FILED BY 3/6/92, FILED. 3/3/92 ENTERED AND COPIES MAILED.  MK

91  "  3  Deft's proposed jury instructions, filed.

92  "  3  Govt's status report, cert. of service, filed.

93  "  3  Govt's supplemental bill of particulars, cert. of service, filed.

94  "  3  ORDER THAT THE GOVT. SHALL PRESENT BY MARCH 6, 1992 A REASONED BASIS TO SUPPORT A CONCLUSION THAT A JOINT TRIAL OF 19 DEFTS IS MORE CONSISTENT WITH THE FAIR ADMINISTRATION OF JUSTICE THAN SOME MANAGEABLE DIVISION OF THE CASE INTO SEPARATE TRIAL FOR GROUPS OF DEFTS, ETC; A PRETRIAL CONFERENCE WILL BE HELD ON MARCH 12, 1992 AT 4:30 P.M. IN COURTROOM 13B, FILED. 3/4/92 ENTERED & COPIES MAILED BY CHAMBERS 3/3/92  MK

95  "  3  ORDER THAT IN VIEW OF THE GOVT'S STATUS REPORT WITH REGARD TO THE SEARCH WARRANT FOR AUTHORIZATION FOR THE SEARCH OF 6801 CRITTENDON STREET, ANY MOTIONS WITH RESPECT TO SUCH SEARCH SHALL BE FILED WITHIN TEN DAYS., FILED. 3/4/92 ENTERED & COPIES MAILED.  MK

96  "  6  Govt's response to order of the court dated 3/3/92 regarding severance, cert. of service, filed.

97  "  12  GOVT'S MOTION REQUESTING THE APPROVAL OF ITS QUESTIONNAIRE FOR PROSPECTIVE JURORS, CERTIFICATE OF SERVICE, FILED.

(O V E R)

| DATE 1992 | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| 98 | Mar 13 | ORDER THAT THE TIME FOR RESPONSE TO GOVT'S MOTION REQUESTING THE APPROVAL OF ITS QUESTIONNAIRE FOR PROSPECTIVE JURORS IS SHORTENED TO MARCH 18, 1992: ETC: TRIAL WILL COMMENCE ON MARCH 23, 1992 WITH THE JURY PANEL'S FILLING OUT VOIR DIRE QUESTIONNAIRES, ETC., FILED. 3/16/92 ENTERED & COPIES MAILED BY CHAMBERS 3/13/92 | MK |
| 99 | " 13 | ORDER THAT THE WARDEN OF PASSAIC COUNTY PRISON AND THE U.S. MARSHALL PRODUCE THE BODY OF AARON JONES ON MARCH 23, 1992 AT 9:30 A.M. BEFORE THE HON. MARVIN KATZ IN COURTROOM 13-B TO APPEAR FOR TRIAL, FILED. 3/16/92 ENTERED.... | MK |
| 100 | " 16 | MOTION & ORDER THAT THE WARDEN OF DELAWARE COUNTY PRISON, THORTON, PENNSYLVANIA AND THE U.S. MARSHAL PRODUCE THE BODY OF ALPHONSO CALDWELL (#910529) ON FRIDAY, MARCH 20, 1992 AT 10:00 A.M. AT THE U.S. ATTORNEY'S OFFICE FOR A PRE-TRIAL INTERVIEW, ETC, FILED. 3/17/92 ENTERED.... | MK |
| 101 | " 16 | ORDER THAT THE VOIR DIRE "HARDSHIP" QUESTIONNAIRE SHOULD BE PREPARED BY THE GOVT. AND 300 COPIES SUBMITTED BY MARCH 23, 1992, AND SHOULD CONTAIN A REALISTIC ESTIMATE OF THE LENGTH OF THE TRIAL SPECIFYING A STARTING DATE OF MARCH 30, 1992 FOR THE PANEL'S GUIDANCE RATHER THAN THE OPEN ENDED FORMULATION OF "OVER A CERTAIN NUMBER OF WEEKS, ETC: FILED. 3/17/92 ENTERED... | MK |
| 102 | " 17 | ORDER THAT COUNSEL ARE REQUESTED TO EXPLAIN BY MARCH 19, 1992 THE REPRESENTATION IN THE ATTACHED LETTER THAT THE TRIAL TIME NEEDED FOR GROUPING (f) THROUGH (j) WOULD BE APPROXIMATELY FIVE TO SIX WEEKS IN LIGHT OF THE GOVT'S REPRESENTATION AT THE PRETRIAL CONFERENCE OF MARCH 12, 1992 THAT THE TRIAL OF ALLEGED TOP LEADER JAMES COLE WOULD TAKE ONLY LAST TWO TO THREE WEEKS, FILED. 3/18/92 ENTERED & COPIES MAILED BY CHAMBERS | MK |
| 103 | " 17 | Govt's status report, cert. of service, filed. | |
| 104 | " 18 | Govt's status report, cert. of service, filed. | |
| 105 | " 18 | Govt's status report as to order dated 3/17/92, cert. of service, filed. | |
| 106 | " 18 | ORDER THAT THE GOVT'S MOTION REQUESTING APPROVAL OF ITS QUESTIONNAIRE FOR PROSPECTIVE JURORS IS GRANTED AND THE WORDS "COMMUNITY AND" SHALL BE INCLUDED IN QUESTION 2(d), FILED. 3/19/92 ENTERED.... | MK |
| 107 | " 19 | ORDER THAT THE APPLICATION AND ORDER FOR DISCLOSURE ARE SEALED AND IMPOUNDED, FILED. 3/23/92 ENTERED | JRM |
| -- | " 19 | APPLICATION & ORDER FOR DISCLOSURE OF RETURNS AND RETURN INFORMATION OF AARON JONES, FILED (UNDER SEAL) 3/23/92 ENTERED. | JRM |
| 108 | Mar. 19 | DEFT'S MOTION FOR SEVERANCE, MEMORANDUM, CERT. OF SERVICE, FILED. | |
| 109 | " 19 | DEFT'S MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS, CERT. OF SERVICE, FILED. | |

CONTINUED....

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U.S. vs
JONES, AARON
a/k/a "A", "J"
AO 256A

91  00570
Yr.  Docket No.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DEL (a) | (b) | (c) |
|---|---|---|---|---|
| 1992 | | | | |
| 110 Mar. 20 | MOTION & ORDER DATED 3/19/92 THAT THE WARDEN OF GRATERFORD STATE CORRECTIONAL INSTITUTE AND THE U.S. MARSHAL PRODUCE THE BODY OF KENNETH SINGLETON, ON THURSDAY, MARCH 26, 1992 AT 10:00 A.M. AT THE U.S. ATTORNEY'S OFFICE, ETC, FILED. 3/24/92 ENTERED... | MK | | |
| 111 " 20 | Govt's response to deft's motion for severance, cert. of service, filed. | | | |
| 112 " 20 | Govt's response to motion for enlargment of time, cert. of service, filed. | | | |
| 113 " 20 | GOVT'S MOTION IN SUPPORT OF THE ADMISSIBILITY OF UNCHARGED CRIMES, MEMO, CERT. OF SERVICE, FILED. | | | |
| 114 " 20 | ORDER THAT THE COURT WILL HEAR THE STARKS MOTION ON MARCH 23, 1992 AT 2:00 P.M., FILED. 3/24/92 ENTERED... | MK | | |
| 115 " 20 | ORDER THAT COUNSEL SHALL REPORT TO COURTROOM 13B ON MARCH 23, 1992 AT 9:30 A.M. FOR A STATUS CALL: THE COURT WILL AGAIN CONFER WITH COUNSEL ON MARCH 23, 1992 AT 2:00 P.M. IN CTRM. 13B TO DETERMINE WHICH DEFTS WILL ELECT A NONTRIAL DISPOSITION: THE COURT WILL HEAR LEGAL ARGUMENT ON THE PENDING SEVERANCE MOTIONS ON MARCH 23, 1992 AT 2:00 P.M.: ALL OTHER MOTIONS WILL BE HEARD ON MARCH 30, 1992 AT 9:30 A.M., FILED. 3/24/92 ENTERED... | MK | | |
| 116 " 23 | Report of Pretrial Conference of 3/12/92, filed. | | | |
| 117 " 23 | ORDER THAT THE DEFTS SHALL RESPOND BY FRIDAY, MARCH 27, 1992 TO GOVT'S MOTION IN SUPPORT OF THE ADMISSIBILITY OF UNCHARGED CRIMES, AND SHALL INCLUDE IN THEIR RESPONSES SUGGESTED LIMITING INSTRUCTIONS, FILED. 3/25/92 ENTERED... | MK | | |
| 118 " 24 | Status conference of 3/23/92 re: Conflict issue - Stein, Esq. Ruling the Court will hear a waiver colloquy on this issue, filed. | | | |
| 119 " 24 | Hearing 3/23/92 re: Conflict issue; Court accepts deft. waiver of conflict of interes; Gerald Stein, Esq. will continue to represent the deft., filed. | | | |
| 120 " 24 | Hearing 3/23/92 re: Hardship questionnaire to the jury, filed. | | | |
| 121 " 24 | Starks Hearing 3/23/92: Govt's statements; govt's witnesses called & sworn; Court findings of Fact & Conclusions of Law; RULING: Govt. Motion to admit tape recordings and the transcripts thereof into evidence - GRANTED, filed. | | | |
| 122 " 24 | ORDER THAT GOVT'S MOTION TO ADMIT TAPE RECORDING AND THE TRANSCRIPTS THEREOF INTO EVIDENCE IS GRANTED, ETC, FILED. 3/26/92 ENTERED & COPIES MAILED. | MK | | |
| 123 " 24 | Hearing 3/23/92 re: DEFT'S MOTION FOR SEVERANCE - C.A.V., FILED. | | | |
| 124 " 24 | ORDER THAT COUNSEL WHOSE CLIENTS ARE GOING TO TRIAL ON MARCH 30, 1992 AT 9:30 A.M. SHALL CONFER AND ADVISE THE COURT BY MARCH 27, 1992 AS TO THOSE MEMBERS OF THE JURY PANEL AS TO WHOM THEY AGREE MAY BE EXCUSED ON THE BASIS OF THEIR VOIR DIRE QUESTIONNAIRE, FILED. 3/26/92 ENTERED & COPIES MAILED. | MK | | |

( O V E R )

| DATE 1992 | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | | | (a) \| (b) \| (c) \| (d) |

| | | | |
|---|---|---|---|
| 125 | Mar 24 | ORDER THAT COUNSEL ARE REQUESTED TO BRIEF THE PROBATION REPORT ISSUE BY MARCH 27, 1992. THE COURT WILL HEAR THE MATTER AT TRIAL; COUNSEL FOR THE GOVT. SHALL ADVISE THE COURT BY 3/27/92 WHETHER A COPY OF THE PRESENTENCE REPORT AT ISSUE EXIST IN THE OFFICE OF TH U.S. ATTY. AND WHETHER THAT REPORT CONTAINS BRADY MATERIAL, FILED. 3/26/92 ENTERED.... | MK |
| 126 | " 24 | ORDER THAT COUNSEL REPRESENTING DEFTS SERVING STATE SENTENCES ARE REQUESTED TO ADVISE THE COURT BY MARCH 27, 1992 WHETHER THERE IS OBJECTION TO THEIR CLIENTS' BEING HELD AT GRATERFORD DURING TRIAL, ETC., FILED. 3/26/92 ENTERED... | MK |
| 127 | " 24 | ORDER THAT DEFT'S MOTION TO SEVER IS DENIED, FILED. 3/26/92 ENTERED & COPIES MAILED. | MK |
| 128 | " 24 | ORDER THAT DEFT'S MOTION FOR ENLARGEMENT OF TIME IS DENIED AS MOOT, FILED. 3/26/92 ENTERED & COPIES MAILED. | MK |
| 129 | " 24 | ORDER THAT COUNSEL REPRESENTING DEFTS SERVING STATE SENTENCES NEED NOT ADVISE THE COURT WHETHER THERE IS OBJECTION TO THEIR CLIENTS' BEING HELD AT GRATERFORD DURING THE TRIAL, BECAUSE THE COURT IS ADVISED THAT THE MATTER HAS BEEN RESOLVED, FILED. 3/26/92 ENTERED.... | MK |
| 130 | " 24 | ORDER AND MEMORANDUM THAT THE TRIALS OF THE DEFTS IN THE ABOVE-CAPTIONED CRIMINAL ACTION ARE SEVERED AS FOLLOWS: THE FOLLOWING DEFTS SHALL PROCEED TO TRIAL FIRST: AARON JONES: BRYAN THORTON AND BERNARD FIELDS: ETC: THAT THE TRIAL FOR THE REMAINING DEFTS IS CONTINUED, ETC., FILED. 3/26/92 ENTERED & COPIES MAILED BY CHAMBERS... | MK |
| 131 | " 27 | Deft's answer to govt's motion to admit uncharged crimes, memo, filed. | |
| 132 | " 27 | DEFT'S MOTION FOR ADDITIONAL PEREMPTORY CHALLENGES, MEMO, FILED. | |
| 133 | " 27 | GOVT'S MOTION IN LIMINE TO PREVENT DEFTS FROM INTRODUCING EVIDENCE OF PRIOR ACQUITTALS, MEMORANDUM, CERT. OF SERVICE, FILED. | |
| 134 | " 27 | Govt's memorandum regarding questioning of witnesses about recorded conversations, cert. of service, filed. | |
| 135 | " 30 | ORDER THAT WILLIAM L. MEAD'S ENTIRE PRESENTENCE REPORT PREPARED BY U.S. PROBATION OFFICE PURSUANT TO MEAD'S CONVICTIONS OF APRIL 2, 1987 AND APRIL 27, 1987 WILL BE TURNED OVER TO THE COURT FOR IN CAMERA INSPECTION, FILED. 3/31/91 ENTERED & COPIES MAILED. | MK |
| 136 | " 30 | ORDER THAT GOVT'S MOTION IN LIMINE TO PREVENT DEFTS FROM INTRODUCING EVIDENCE OF THE FACT OF THEIR ACCQUITTALS IS DEFFERED TO TRIAL. DEFTS SHALL RESPOND TO THE MOTION BY 3/31/92, FILED. 3/31/92 ENTERED & COPIES MAILED. | MK |
| 137 | " 30 | ORDER THAT DEFT. JONES' MOTION FOR ADDITIONAL PEREMPTORY CHAGELLENGES IS DENIED., FILED. 3/31/92 ENTERED & COPIES MAILED. | MK |
| 138 | " 30 | GOVT'S MOTION IN LIMINE TO PRECLUDE INTRODUCTION INTO EVIDENCE OF AND REFERENCE TO A PHILADELPHIA POLICE DEPARMENT "JBM" ALBUM, MEMO, CERT. OF SERVICE, FILED. CONTINUED...... | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| **1992** | | | | | |
| 139 Mar 31 | DEFT'S MOTION IN LIMINE TO PREVENT THE GOVT. FROM INTRODUCING IDENTIFICATION EVIDENCE, MEMORANDUM, CERT. OF SERVICE, FILED. | | | | |
| 140 " 31 | Deft's memorandum of law in opposition to the Govt's motion in limine to prohibit evidence of deft's acquittal, filed. | | | | |
| 141 " 31 | Deft's response to govt's motion in limine to preclude any reference to a "JBM" album of the Philadelphia Police Department, filed. | | | | |
| 142 " 31 | ORDER THAT THE ATTACHED MATERIALS SHALL BE FILED BY CLERK UNDER SEAL, FILED.  4/1/92 ENTERED & COPIES MAILED. | MK | | | |
| 143 " 31 | ORDER THAT THE ATTACHED ADDITIONAL MATERIALS FROM THE PROBATION DEPARTMENT SHALL BE FURNISHED TO BOTH COUNSEL FOR THE GOVT. AND DEFTS, FILED. (UNDER SEAL)  4/1/92 ENTERED & COPIES MAILED BY CHAMBERS 3/31/92 | MK | | | |
| 144 Apr. 1 | Govt's memorandum of law in response to deft's motion in limine to prevent the govt. from introducing identification evidence, cert. of service, filed. | | | | |
| 145 " 1 | HEARING 3/30/92 RE: Jury Strikes for cause; RULING: The 40 jurors are excused from further service; Govt's statements re: Suppression hearing; Deft. atty. Stein, Esq. statements re: Additional strikes; Deft. atty Savino, Esq. moves to be court appointed for the deft. RULING: Motion - GRANTED, filed. | | | | |
| 146 " 1 | HEARING 3/30/92 re: JURY SELECTION - Voir Dire Proceedings; filed. | | | | |
| 147 " 1 | ORDER THAT GOVT'S MOTION IN LIMINE TO PREVENT DEFTS FROM INTRODUCING EVIDENCE OF THE FACT OF THEIR ACQUITTALS IS DENIED AS MOOT, FILED.  4/2/92 ENTERED & COPIES MAILED. | MK | | | |
| 148 " 1 | ORDER THAT WITH REGARD TO THE MOTIONS IN LIMINE INSOFAR AS THEY PERTAIN TO THE SHOOTING OF RICHARD ISAACS ON FEBRUARY 21, 1989, THE COURT RULES THAT THE DANGERS OF UNFAIR PREJUDICE, CONFUSION OF THE ISSUES, UNDUE DELAY AND UNNECESSARY USE OF TIME SUBSTANTIALLY OUTWEIGH THE PROBATIVE VALUE OF THE EVIDENCE, ETC, FILED.  4/2/92 ENTERED & COPIES MAILED. | MK | | | |
| 149 " 2 | Govt's memorandum of law concerning Hearsay evidence elicited by a party moving to strike, cert. of service, field. | | | | |
| 150 " 2 | GOVT'S MOTION FOR RECONSIDERATION OF THE COURTS DECISION DENYING THE GOVT'S MOTION IN LIMINE TO PROHIBIT EVIDENCE OF DEFTS ACQUITTAL, MEMORANDUM, CERT. OF SERVICE, FILED. | | | | |
| 151 " 2 | Transcript of 3/31/92, filed. | | | | |
| 152 " 2 | Transcript of 4/1/92, filed. | | | | |
| 153 " 2 | ORDER THAT DEFT'S AARON JONES' MOTION TO PREVENT THE GOVT. FROM INTRODUCING IDENTIFICATION EVIDENCE IS DENIED AS MOOT, FILED.  4/3/92 ENTERED & COPIES MAILED. | MK | | | |
| 154 " 2 | Transcript of 3/23/92, filed. | | | | |
| 155 " 3 | Transcript of 4/2/92, filed. | | | | |

(OVER)

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 1992 | | | | | |
| 156 Apr. 6 | Govt's memorandum of law in support of the admissibility of verbal acts and other nonhearsay declarations, certificate of service, filed. | | | | |
| 157 " 6 | Govt's memorandum of law regarding the jury's concern for its safety, certificate of service, filed. | | | | |
| 158 " 6 | DEFT'S MOTION FOR INDIVIDUAL VOIR DIRE OF JURY ON ISSUE OF JURY APPREHENSION, MEMORANDUM, FILED. | | | | |
| 159 " 6 | Hearing 3/31/92 re: Jury Selection - Voir Dire Proceedings; Jury Selection completed; 14 jurors selected; filed. | | | | |
| 160 " 6 | Hearing 3/31/92 re: Suppression hearing; Deft's motion to suppress physical evidence - DENIED: Court will defer ruling on all motion in limine until the appropriate time during trial; etc. filed. | | | | |
| 161 " 6 | CRIMINAL JURY TRIAL 3/31/92: Jurors called & sworn; Court instructs the jury; Govt's opening statements; Deft's opening statements; Govt's witnesses called & sworn, filed. | | | | |
| 162 " 6 | ORDER THAT DEFT. AARON JONES' MOTION TO SUPPRESS EVIDENCE IS HEREBY DENIED FOR THE REASONS STATED IN THE COURT'S BENCH OPINION, FILED.<br>4/6/92 ENTERED & COPIES MAILED BY CHAMBERS.... | MK | | | |
| 163 " 6 | ORDER THAT THE CLERK'S OFFICE PROVIDE LIMOUSINE TRANSPORTATION FOR JURORS SITTING ON THE ABOVE CASE, FILED.<br>4/7/92 ENTERED & COPIES MAILED. | MK | | | |
| 164 " 6 | ORDER THAT DEFTS' REQUEST TO COLLOQUY THE JURY IS DENIED, FILED. 4/7/92 ENTERED & COPIES MAILED. | MK | | | |
| 165 " 6 | TRANSCRIPT OF 4/3/92, FILED. | | | | |
| 166 " 7 | CRIMINAL JURY TRIAL 4/1/92 (Day #2), Govt's witness resumes testimony, etc., filed. | | | | |
| 167 " 7 | Transcript of 4/6/92, filed. | | | | |
| 168 " 7 | MOTION & ORDER DTD 4/7/92 IMPOUNDING SAME, FILED.(UNDER SEAL) 4/7/92 ENTERED & COPIES GIVEN BY CHAMBERS. | MK | | | |
| 169 " 7 | Certified copy of order dtd. 2/14/92 returned, "executed on 2/20/92", filed. | | | | |
| 170 " 7 | Certified copy of order dtd. 3/16/92 returned, "executed on 3/20/92", filed. | | | | |
| 171 " 7 | Certified copy of order dtd. 3/16/92 returned, "executed on 3/17/92", filed. | | | | |
| 172 " 8 | Transcript of 4/7/92, filed. | | | | |
| 173 " 8 | Jury Trial resumes 4/2/92 (day #3), filed. | | | | |
| 174 " 8 | Jury Trial resumes 4/3/92 (day #4), filed. | | | | |
| 175 " 8 | Jury Trial resumes 4/6/92 (day #5), filed. | | | | |
| 176 " 8 | Jury Trial resumes 4/7/92 (day #6), filed. | | | | |
| 177 " 9 | Criminal Jury Trial resumes, 4/8/92, (day #7), filed. | | | | |
| 178 " 9 | Transcript of 4/8/92, filed. | | | | |
| 179 " 10 | Criminal Jury Trial resumes, 4/9/92, (day #8), filed. | | | | |
| 180 " 10 | Transcript of 4/9/92, filed. | | | | |

CONTINUED....

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs
JONES, AARON a/k/a "A", "J"
AO 256A
91 | 00570 | 01
Yr. | Docket No. | Def.

| DATE 1992 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 181 Apr 13 | ORDER THAT THE DEFENSE MAY MAKE REFERENCE TO A JBM ALBUM OF THE PHILADELPHIA POLICE DEPARTMENT, FILED. 4/13/92 ENTERED & COPIES GIVEN BY CHAMBERS. | MK | | | |
| 182 " 13 | Criminal Jury Trial resumes 4/10/92 (Day #9), filed. | | | | |
| 183 " 13 | Transcript of 4/10/92, filed. | | | | |
| 184 " 14 | Criminal Jury Trial resumes, 4/13/92, (day #10), filed. | | | | |
| 185 " 14 | Transcript of 4/13/92, filed. | | | | |
| 186 " 15 | Govt's memorandum in support of the admissibility of evidence seized during JBM-Related searches, cert. of service, filed. | | | | |
| 187 " 15 | Criminal Jury Trial resumes, 4/14/92, filed. | | | | |
| 188 " 15 | Transcript of 4/14/92, filed. | | | | |
| 189 " 16 | Govt's proposed supplemental points for charge, cert. of service, filed. | | | | |
| 190 " 17 | Criminal Jury Trial resumes, 4/15/92, (day #12), filed. | | | | |
| 191 " 17 | Criminal Jury Trial resumes, 4/16/92, (day #13), filed. | | | | |
| 192 " 17 | ORDER THAT THE JURORS AND ALTERNATE JURORS IN THIS CASE SHALL BE SEQUESTERED AND SHALL THEREAFTER BE KEPT IN THE CUSTODY OF THE U.S. MARSHALS SERVICE FOR THE DURATION OF THIS TRIAL, OR UNTIL FURTHER NOTICE FROM THIS COURT: IT IS FURTHER ORDERED THAT THE U.S. MARSHALS SERVICE SHALL MAKE ARRANGEMENTS FOR APPROPRIATE ACCOMMODATIONS FOR THE JURY DURING THE TRIAL, AND SHALL PROVIDE FOR ADEQUATE SECURITY IN THE JURORS' QUARTERS BEGINNING MONDAY, APRIL 20, 1992: ETC, THIS ORDER MAY BE ALTERED, AMENDED, AND/OR CHANGED FROM TIME TO TIME AS, IN THE COURT'S JUDGMENT, CONDITIONS WARRANT, FILED. 4/20/92 ENTERED & COPIES MAILED. | MK | | | |
| 193 " 17 | Govt's proposed amended points for charge, certificate of service, filed. | | | | |
| 194 " 17 | Govt's proposed verdict form, cert. of service, filed. | | | | |
| 195 " 17 | Transcript of 4/15/92, filed. | | | | |
| 196 " 20 | Govt's memorandum of law in support of the Court's Colluquy of juror No. 3, cert. of service, filed. (UNDER SEAL) | | | | |
| 197 " 21 | Transcript of 4/16/92, filed. | | | | |
| 198 " 21 | ORDER DTD. 4/17/92 THAT ALL SIDE-BAR CONFERENCES WHICH WERE CONDUCTED BY THE COURT, COUNSEL FOR DEFTS, AND COUNSEL FOR THE GOVT. ON APRIL 16, 1992, SHALL BE TRANSCRIBED SEPARATELY AND THOSE TRANSCRIPTS SHALL BE SEALED UNTIL FURTHER ORDER OF THE COURT, FILED. 4/21/92 ENTERED & COPIES MAILED. | MK | | | |
| 199 " 21 | Transcript of 4/16/92 (SIDE BAR), filed. (UNDER SEAL) | | | | |
| 200 " 21 | CRIMINAL JURY TRIAL RESUMES 4/20/92, (DAY #14): SIDE BAR CONFERENCE CONTINUES; JUROR #3 CALLED - COURT CONDUCTS DIRECT EXAM: JUROR #3 IS RELEASED AND REPLACED WITH AN ALTERNATE: MOTIONS FOR MISTRIAL - DENIED, FILED. | | | | |

(OVER)

| DATE 1992 | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 201 | Apr. 21 | ORDER THAT JUROR #3 IS REMOVED AND REPLACED WITH ALTERNATE JUROR #1 BECAUSE THE COURT IS CONVINCED THAT HER ABILITY TO PERFORM HER DUTY IS IMPAIRED. SHE ENGAGED IN NONVERBAL COMMUNICATION WITH DEFT. BERNARD FIELDS BY EXCHANGING SMILES AND EYE CONTACT. FOLLOWING THE SIDEBAR PROCEEDINGS OF 4/16/92 WHICH ARE NOW UNSEALED, THE COURT HAS CONSIDERED AND REACHED THE ISSUE AND HELD A HEARING: ETC, FILED. | MK | | | |
| 202 | " 21 | CRIMINAL JURY TRIAL RESUMES, 4/20/92, (DAY #14), ALL JURORS PRESENT: CLOSING STATEMENTS OF GOVT. AND DEFT. ATTY. STEIN CLOSING STATEMENTS ON BEHALF OF DEFT. A. JONES, FILED. | | | | |
| 203 | " 21 | Transcript of 4/20/92 (side bar conference), filed. | | | | |
| 204 | " 21 | Certified copy of order dtd. 3/19/92 returned, "executed on 3/26/92", filed. | | | | |
| 205 | " 22 | Criminal Jury Trial resumes 4/21/92 (day #15); Deft. atty Furlong makes closing statement; Deft. atty Savino makes closing statement; Govt. atty Friedman makes rebuttal; Side bar conference; Deft. atty Stein moves for MISTRIAL - C.A.V.: Court charge to the jury; Jury retires to deliberate; Alternate juror released, filed. | | | | |
| 206 | " 22 | ORDER THAT THE CLERK OF COURT BE AND IS HEREBY DIRECTED TO FURNISH LUNCH FOR 13 JURORS ENGAGED IN THE ABOVE ENTITLED CASE, FILED. 4/22/92 ENTERED.... | MK-CLK | | | |
| 207 | " 22 | Transcript of 4/20/92, filed. | | | | |
| 208 | " 22 | Transcript of 4/21/92, filed. | | | | |
| 209 | " 24 | Trial of 4/22/92 resumes, filed. | | | | |
| 210 | " 24 | ORDER DATED 4/22/92 DIRECTING CLERK TO FURNISH LUNCH FOR 12 JURORS AND 1 DEPUTY U.S. MARSHAL, FILED. 4/27/92 ENTERED. | MK-CLK | | | |
| 211 | " 24 | Transcript of 4/23/92, filed. | | | | |
| 212 | " 27 | Criminal Jury Trial resumes 4/23/92 (day #17); Jury resumes deliberations; Jury returns with verdict; VERDICT: Guilty as to Cts. 1,3,4,8-16,21,22,23; Jury polled; Court instruct jury; Without jury; Court addresses forfeiture issue; Deft. Aaron Jones waiver acknowledged-forfeit $6,230,000; Deft. Bryan Thorton waiver acknowledged-forfeit $6,230,000; Deft. Bernard Fields waiver acknowledged-forfeit $7,500; Presentence report ordered; Sentenced fixed for June 29, 1992 at 9:30 a.m.; Court dismisses jury from further service, filed. | | | | |
| 213 | " 27 | Verdict Sheet with answer thereto, filed. | | | | |
| 214 | " 27 | STIPULATION & ORDER THAT DEFT. AARON JONES STIPULATED TO THE ENTRY OF A SPECIAL VERDICT OF FORFEITURE PURSUANT TO RULE 31(e) AS TO COUNT 24 of THE INDICTMENT, FORFEITING TO THE UNITED STATES OF AMERICA THE ENTIRETY OF AARON JONE'S INTEREST IN THE SUM OF $6,230,000., FILED. 4/28/92 ENTERED & COPIES MAILED. | MK | | | |

CONTINUED.

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs
JONES, AARON a/k/a "A", "J"

AO 256A

| | | 91 | 00570 | 01 |
|---|---|---|---|---|
| | | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| =1992= | | | | | |
| 215 Apr 29 | ORDER THAT THE CLERK OF COURT IS HEREBY DIRECTED TO FURNISH REFRESHMENTS FOR 13 JURORS ENGAGED IN THE ABOVE ENTITLED CASE ON APRIL 21, 22 & 23, 1992, FILED. 4/30/92 ENTERED. | MK-CLK | | | |
| 216 May 21 | Certified copy of order dated 10/21/91 returned, "executed on 4/23/92", filed. | | | | |
| 217 June 17 | Transcript of 3/31/92, filed. | | | | |
| 218 "   18 | Transcript of 3/31/92, filed. | | | | |
| 219 Jul. 2 | certified copy of order dated 5/20/92 returned "executed on 5/29/92", filed. | | | | |
| 220 "   21 | ORDER THAT THE WARDEN OF SCI-PITTSBURGH AND THE U.S. MARSHAL PRODUCE BEFORE THIS COURT THE BODY OF AARON JONES ON JULY 29, 1992 AT 9:30 A.M. BEFORE THE HON. MARVIN KATZ TO APPEAR FOR SENTENCING IN CTRM. 13-B, FILED. 7/22/92 ENTERED & COPIES MAILED BY CHAMBERS. | MK | | | |
| 221 "   29 | ORDER THAT THE WARDEN OF SCI GRATERFORD AND THE U.S. MARSHAL PRODUCE THE BODY OF DEFT. ON 9/15/92 AT 1:30 P.M. FOR SENTENCING, FILED. 7/29/92 entered | MK | | | |
| 222 Aug 17 | Copy of order dated 7/21/92 returned, "unexecuted", filed. | | | | |
| 223 "   20 | PETITION & ORDER THAT THE WARDEN OF GREENSBURG STATE CORRECTIONAL INSTITUTE, R.D. 10, GREENSBURG, PENNSYLVANIA AND THE US MARSHAL PRODUCE THE BODY OF STACY RUCKER, ON WEDNESDAY, SEPTEMBER 2, 1992 AT 11:00 A.M. AT THE U.S. ATTORNEY'S OFFICE, ETC.,FILED. 8/21/92 ENTERED & COPIES GIVEN | JW | | | |
| 224 Sept 14 | Govt's sentencing memorandum, cert. of service filed. | | | | |
| 225 "   18 | Certified copy of order dated 7/29/92 returned, "executed on 9/15/92", filed. | | | | |
| 226 "   18 | Certified copy of order dated 8/20/92, returned, "executed on 9/4/92", filed. | | | | |
| 227 "   21 | SENTENCE 9/15/92: DEFT. IS COMMITTED TO THE CUSTODY OF THE U.S. BUREAU OF PRISONS FOR A TERM OF LIFE IMPRISONMENT: SUPV'D RELEASE FOR LIFE: SPECIAL ASSESSMENT OF $300.00, FILED. | | | | |
| 228 "   21 | JUDGMENT & COMMITMENT ORDER DATED 9/15/92, FILED. 9/22/92 ENTERED. | MK | | | |
| 229 "   21 | ORDER THAT AS TO COUNT 24 OF THE INDICTMENT, THE DEFT. SHALL FORFEIT TO THE U.S.A. THE SUM OF $6,230,000. THE ATTORNEY GENERAL IS AUTHORIZED TO SEIZE THE PROPERTY SUBJECT TO FORFEITURE AND DISPOSE OF IT ACCORDING TO LAW, FILED. 9/22/92 ENTERED & COPIES MAILED. | MK | | | |
| 230 "   22 | Transcript of 9/15/92, filed. | | | | |

(OVER)

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |

=1992=

| | | |
|---|---|---|
| 231 Sept 23 | Deft's notice of appeal, filed. (9201785)<br>Copies to: A. Burroughs, AUSA, U.S.C.A., Judge Katz, Pretrials Probation, Appeals' Clerk | |
| 232 " 23 | Copy of Clerk's notice of appeal, filed. | |
| 233 Oct. 7 | Transcript of March 30, 1992, filed. | |
| 234 " 7 | Transcript of March 31, 1992, filed. | |
| 235 Nov. 4 | Copy of transcript purchase order form, filed. | |
| -- " 5 | RECORD COMPLETE FOR PURPOSES OF APPEAL-TRANSCRIPT NOT NEEDED | |
| -- " 27 | Tape of Hearing of 9/15/92, filed. ( C.R. Tape # 432 ) | |
| 236 Dec. 3 | DEFT'S MOTION FOR NEW TRIAL PURSUANT TO F.R.CRIM. P. RULE 33, MEMORANDUM, CERT. OF SERVICE, FILED. | |
| 237 " 16 | Govt's response to deft's motion for a new trial, cert. of Service, filed. | |

1993

| | | |
|---|---|---|
| 238 Jan 4 | ORDER DTD. 1/4/93 THAT DEFT'S MOTION FOR NEW TRIAL PURSUANT TO F.R.CRIM.P. RULE 33 IS DENIED FOR THE FOLLOWING REASONS, ETC., FILED.<br>1/5/93 entered & copies mailed | MK |
| 239 Feb 3 | ORDER THAT THE RECORD CONCERNING AARON JONES' MOTION FOR A NEW TRIAL IS HEREBY SUPPLEMENTED WITH THE ATTACHED PAYMENT LETTERS AND SAID PAYMENT LETTERS ARE NOW A PART OF THE RECORD, FILED. 2/4/93 ENTERED & COPIES MAILED. | MK |
| -- " 3 | Payment letters, filed. | |

1997

| | | |
|---|---|---|
| 240 Apr 23 | DEFENDANT'S PRO SE MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE, STATEMENT IN SUPPORT, FILED. | |
| 241 " 23 | DEFENDANT'S PRO SE MOTION FOR APPOINTMENT OF COUNSEL, FILED. | |
| 242 " 28 | ORDER DATED 4/28/97 THAT THE GOVT. SHALL RESPOND TO MOVANT'S MOTION UNDER 28:2255 WITHIN 60 DAYS, FILED.<br>4/29/97 ENTERED AND COPIES MAILED. | MK |
| 243 " 28 | ORDER DATED 4/28/97 THAT THE MOTION FOR APPOINTMENT OF COUNSEL IS DENIED WITHOUT PREJUDICE AT THIS STAGE, FILED.<br>4/29/97 ENTERED AND COPIES MAILED. | MK |
| 244 May 19 | ORDER DATED 05/19/97, THAT REQUEST FOR RECONSIDERATION OF COURT'S ORDER OF APRIL 28, 1997, IS DENIED WITHOUT PREJUDICE.<br>(05/19/97 entered and copies mailed) | MK |
| 245 June 27 | United States' Response to Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. 2255, Certificate of Service. | |
| 246 July 2 | ORDER DATED 07/02/97, THAT DEFENDANT'S MOTION UNDER 28:U.S.C. 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE IS DENIED.<br>(07/02/97 entered and copies mailed) | MK |

[illegible faded entry]

| | | |
|---|---|---|
| **DC 111A** (Rev. 1/75) | C.r.m. **CRIM. DOCKET CONTINUATION SHEET** | |
| PLAINTIFF: U.S.A. | DEFENDANT: JONES, AARON | DOCKET NO. 91-CR-570-1 <br> PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2008 <br> 247 MAY | 1 | ORDER THAT THIS CASE IS REASSIGNED FROM THE CALENDAR OF JUDGE MARVIN KATZ TO THE CLAENDAR OF JUDGE EDUARDO C. ROBRENO. SIGNED BY JUDGE HARVEY BARTLES ON 5/1/08. ENTERED AND COPIES MAILED ON 5/2/08. |